UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA BLACKMORE JENKINS-GAYLORD, ) ) Plaintiff, ) ) v. ) ) JOSEPH BIDEN and KAMALA HARRIS, ) ) Defendants. ) ) | **JUDGMENT** 2:24-CV-17-BO-BM |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for court to order service [DE 9] is DENIED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) and as frivolous.

This case is closed.

**This judgment filed and entered on December 19, 2024, and served on:**
Pamela Blackmore Jenkins-Gaylord (via US Mail to 91 Lois Lane, Plymouth, NC 27962)

December 19, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk